AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| GRANT JOHNSON | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. **22-cv-10861** |
| ESPORTS ENTERTAINMENT GROUP, INC. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

GRANT JOHNSON

Date: 12/23/2022

*Attorney's signature*

Alan L. Frank, Esq. No. 4211744
*Printed name and bar number*
ALAN L. FRANK LAW ASSOCIATES, P.C.
45 Broadway, Suite 720
New York, NY 10006

*Address*

afrank@alflaw.net
*E-mail address*

(215) 935-1000
*Telephone number*

(215) 935-1110
*FAX number*