UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GRANT JOHNSON,

                Plaintiff,        Case No: 1:22-cv-10861 (PGG)(KHP)

-against-

                                        **NOTICE OF APPEARANCE**

ESPORTS ENTERTAINMENT GROUP, INC.,

                Defendant.
------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that Michael H. Masri, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Defendant Esports Entertainment Group, Inc. in the above referenced action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  January 20, 2023
          Mineola, New York

                                            **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
                                            *Attorneys for Defendant*
                                            *Esports Entertainment Group, Inc.*

                               By:    /s/ Michael H. Masri
                                          Michael H. Masri, Esq.
                                          190 Willis Avenue
                                          Mineola, New York 11501
                                          (516) 747-0300
                                          mmasri@meltzerlippe.com

TO:    ALAN L. FRANK LAW ASSOCIATES, P.C.
        Alan L. Frank, Esq.
        *Attorneys for Plaintiff Grant Johnson*
        45 Broadway, Suite 720
        New York, New York 10006
        (215) 935-1000
        afrank@alflaw.net

4873-7827-0539 v.1