UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GRANT JOHNSON,

                Plaintiff,        Case No: 1:22-cv-10861 (PGG)(KHP)

  -against-

                                           **NOTICE OF APPEARANCE**

ESPORTS ENTERTAINMENT GROUP, INC.,

                Defendant.
------------------------------------------------------------ X

      **PLEASE TAKE NOTICE** that Steven E. Frankel, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Defendant Esports Entertainment Group, Inc. in the above referenced action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated:  January 20, 2023
          Mineola, New York

                                        **MELTZER, LIPPE, GOLDSTEIN
                                        & BREITSTONE, LLP**
                                          *Attorneys for Defendant*
                                          *Esports Entertainment Group, Inc.*

                              By:    /s/ Steven E. Frankel
                                    Steven E. Frankel, Esq.
                                    190 Willis Avenue
                                    Mineola, New York 11501
                                    (516) 747-0300
                                    mmasri@meltzerlippe.com

TO:    ALAN L. FRANK LAW ASSOCIATES, P.C.
        Alan L. Frank, Esq.
        *Attorneys for Plaintiff Grant Johnson*
        45 Broadway, Suite 720
        New York, New York 10006
        (215) 935-1000
        afrank@alflaw.net

4893-7718-0236 v.1