UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
GRANT JOHNSON,

                        Plaintiff,                      Case No: 1:22-cv-10861 (PGG)(KHP)

  -against-

ESPORTS ENTERTAINMENT GROUP, INC.,        **STIPULATION AND
[PROPOSED] ORDER**

                        Defendant.
-------------------------------------------------------- X

Counsel for Plaintiff Grant Johnson and Defendant Esports Entertainment Group, Inc. hereby file this Stipulation and [Proposed] Order and state as follows:

1. Plaintiff filed this action in the United States District Court for the Southern District of New York on December 23, 2022.

2. Defendant was served with the Complaint on January 6, 2023.

3. Defendant's current deadline to respond to the Complaint is January 27, 2023.

4. Counsel for Plaintiff and Defendant hereby stipulate and agree to an extension of twenty (20) days for Defendant to answer, move, or otherwise respond to the Complaint and that such deadline is hereby adjourned to and including February 16, 2023.

5. This is Defendant's first request for an extension.

6. Defendant respectfully requests this brief extension to enable counsel, who were recently retained, to prepare a response to the Complaint.

7. This Stipulation may be signed in counterparts by facsimile or electronic signature, with such facsimile or electronic signature having the same effect as an original signature.

Dated: January 20, 2023
Mineola, New York

| | |
|---|---|
| **ALAN L. FRANK LAW ASSOCIATES, P.C.** | **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP** |
| By: <u>*/s/ Alan L. Frank*</u><br>Alan L. Frank, Esq.<br>*Attorneys for Plaintiff*<br>*Grant Johnson*<br>45 Broadway, Suite 720<br>New York, New York 10006<br>(215) 935-1000<br>afrank@alflaw.net | By: <u>*/s/ Steven E. Frankel*</u><br>Michael H. Masri, Esq.<br>Steven E. Frankel, Esq.<br>*Attorney for Defendant*<br>*Esports Entertainment Group, Inc.*<br>190 Willis Avenue<br>Mineola, New York 11501<br>(516) 747-0300<br>mmasri@meltzerlippe.com |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

4874-1973-5627, v. 1