AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| GRANT JOHNSON | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. |
| | ) |
| ESPORT ENTERTAINMENT GROUP, INC. | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* ESPORT ENTERTAINMENT GROUP, INC.
112 North Curry Street
Carson, Nevada 89703-4934

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alan L. Frank, Esquire
45 Broadway, Suite 720
New York, NY 10006

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 12/27/2022     /s/ P. Canales

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:22-CV-10861

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This Summons & Complaint for *(name of organization)* Esports Entertainment Group, Inc. was received by me on *(date)* 1/5/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address

☒ I served the Summons & Complaint on *(name of individual)* Kris Osborn, who is designated by law to accept service of process on behalf of *(name of organization)* Esports Entertainment Group, Inc. on *(date)* 1/6/2023

☐ I returned the summons unexecuted because: _____

☐ Other: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 1/11/2023

*Stephen Eckart*
Server's signature

Stephen Eckart- Process Server
Printed name and title

PO Box 1706, Southampton, PA 18966
Server's address