UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
GRANT JOHNSON,

                Plaintiff,            Case No: 1:22-cv-10861 (PGG)(KHP)

  -against-

                                **RULE 7.1 STATEMENT**

ESPORTS ENTERTAINMENT GROUP, INC.,

                Defendant.
------------------------------------------------------------ X

    Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel certifies that it has no parent company and no publicly held corporation owns more than 10% of the stock in Esports Entertainment Group, Inc.

Dated: February 16, 2023
        Mineola, New York

                                    **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
                                    *Attorneys for Defendant*
                                    *Esports Entertainment Group, Inc.*

                        By:    Michael H. Masri
                                Michael H. Masri, Esq.
                                190 Willis Avenue
                                Mineola, New York 11501
                                (516) 747-0300
                                mmasri@meltzerlippe.com