ALAN L. FRANK ●*+▫
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
EVAN L. FRANK *+♪♫
JORDAN E. FRANK *+♪
JACLYN H. FRANK *+♪
JEFFREY J. GOLDIN *+
PATRICK W. BROWN *■+▫
SERGIY MELNYK*

   PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH

● Certified by the NJ Supreme Court
   as a Civil Trial Attorney
* MEMBER PA BAR
+ MEMBER NJ BAR
▫ MEMBER NY BAR
♫ MEMBER FL BAR
■ MEMBER DC BAR
▲ REGISTERED PATENT ATTORNEY

# ALAN L. FRANK
# LAW ASSOCIATES, P.C.
### Attorneys at Law

**135 OLD YORK ROAD**
**JENKINTOWN, PA 19046**
**(215) 935-1000**
**FAX NO. (215) 935-1110**

NEW JERSEY OFFICE

1103 LAUREL OAK ROAD
SUITE 140
VOORHEES, NJ 08043

E-MAIL ADDRESS:
afrank@alflaw.net

**MEMO ENDORSED:**

The conference currently scheduled for April 13, 2023, is adjourned to **May 4, 2023, at 10:45 a.m.**

SO ORDERED.

_[signature: Paul G. Gardephe]_

Paul G. Gardephe
United States District Judge

Dated: April 11, 2023

April 10, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY  10007

> **RE:    Grant Johnson v. Esports Entertainment Group**
>          *U.S.D.C. Southern District of New York, No.  1:22-cv-10861*
>
>          *Rule 16 Conference Scheduled for April 13, 2023 at 10:45 a.m.*
>          *Adjournment Request*

Dear Judge Gardephe:

The undersigned represents Plaintiff Grant Johnson with respect to the above captioned matter.

A Rule 16 Conference is scheduled before Your Honor on April 13, 2023 at 10:45 a.m. Unfortunately, I am unable to attend the Rule 16 Conference due to Court Ordered depositions which are scheduled on April 13 and April 14, 2023 in *Greenville Ventures v. Jannuzzio, et al.*, U.S.D.C., Eastern District of PA, No. 22-cv-3214.  Steven Frankel, Esquire, counsel for Defendant Esports Entertainment Group has consented to an adjournment.  Counsel for the parties are available May 1, 2, 3,4 and 5, 2023.

                              Respectfully,
                              *Alan L. Frank, Esq.*

ALF:daw
cc:    Steven Frankel, Esq.