UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Grant Johnson,

        Plaintiff,                Civil Action
                                            Docket No. 1:22-cv-10861

v.

Esports Entertainment Group, Inc.,

        Defendant.

## PRAECIPE TO ATTACH TO
## FIRST AMENDED COMPLAINT

TO THE CLERK:

    Kindly attached the following Exhibits D & E to the First Amended Complaint filed on February 28, 2023.

                                                                        Respectfully submitted,

                                                                        /s/ Alan L. Frank
                                                                     Alan L. Frank, Esq.
                                                                     Alan L. Frank Law Associates, P.C.
                                                                     45 Broadway, Suite 720
                                                                     New York, NY 10006
                                                                              And
                                                                     135 Old York Road
                                                                     Jenkintown, PA 19046
                                                                     215-935-1000
                                                                     215-935-1110 (fax)
                                                                     afrank@alflaw.net
                                                                     Counsel for Plaintiffs

May 2, 2023