

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Phone: (516) 747-0300*
*E-mail: mmasri@meltzerlippe.com*

May 3, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)
      MLGB File No. 17818-00040

Dear Judge Gardephe:

    We represent defendant Esports Entertainment Group, Inc. ("Defendant") and write concerning the Civil Case Management Plan and Scheduling Order the parties jointly filed with the Court on April 5, 2023 (Doc. No. 20-1), in advance of tomorrow's Rule 16 Conference.

    As Your Honor will recall, the Court initially scheduled the parties' Rule 16 Conference for April 13, 2023. However, Plaintiff Grant Johnson ("Plaintiff") filed a letter on April 10, 2023, with Defendant's consent, requesting the Court adjourn the Rule 16 Conference and the Court so-ordered the Rule 16 Conference adjourned until May 4, 2023. (*See* Doc. Nos. 21, 22.)

    As a result of Plaintiff's requested adjournment, Defendant respectfully submits that the dates originally proposed in the parties' Civil Case Management Plan and Scheduling Order are no longer practicable and should be updated to reflect the adjournment by three (3) weeks -- in the event the Court does not stay discovery pending the Court's decision on Defendant's proposed motion. Accordingly, Defendant encloses herewith a revised proposed Civil Case Management Plan and Scheduling Order reflecting a three (3) week adjournment for all dates and deadlines previously proposed by Plaintiff and Defendant, respectively, and requests the Court consider this submission in lieu of the parties' original proposals.

    Thank you for the Court's courtesies and attention to this matter.

                                    Respectfully submitted,

                                    */s/ Michael H. Masri*
                                    Michael H. Masri

Encl. (Revised Civil Case Management Plan and Scheduling Order)

cc:  All Counsel of Record via ECF

4881-4152-0993, v. 1