UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT JOHNSON,

               Plaintiff,

- against -

ESPORTS ENTERTAINMENT GROUP, INC.,

               Defendant.

**ORDER**

22 Civ. 10861 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        Defendant Esports Entertainment Group, Inc. will submit a letter by **May 11, 2023**, stating how it wishes to proceed in light of the Court's statements at today's pre-motion conference. If Defendant disagrees with the Court's analysis of its proposed motion, it will explain why.

Dated: New York, New York
       May 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge