**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------
Grant Johnson,

        Plaintiff,                            Civil Action
                                                Docket No. 1:22-cv-10861

v.

Esports Entertainment Group, Inc.,

        Defendant.
-------------------------------------------------------

**NOTICE OF JURY DEMAND**

TO THE CLERK:

    Plaintiff, Grant Johnson, hereby demands a jury trial.

                                                        Respectfully submitted,

                                                        /s/ Alan L. Frank
                                                      Alan L. Frank, Esq.
                                                      Alan L. Frank Law Associates, P.C.
                                                      45 Broadway, Suite 720
                                                      New York, NY 10006
                                                              And
                                                      135 Old York Road
                                                      Jenkintown, PA 19046
                                                      215-935-1000
                                                      215-935-1110 (fax)
                                                      afrank@alflaw.net
                                                      Counsel for Plaintiffs

May 5, 2023