

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Phone: (516) 747-0300*
*E-mail: mmasri@meltzerlippe.com*

May 11, 2023

**Via ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)
      MLGB File No. 17818-00040

Dear Judge Gardephe:

We represent defendant Esports Entertainment Group, Inc. ("Defendant"). As Your Honor will recall, during the Rule 16 Conference on May 4, 2023 the Court directed Defendant to file a letter by May 11, 2023, advising the Court whether Defendant will file a motion to dismiss the complaint.

Accordingly, we write to advise that Defendant will not file a motion to dismiss. Instead, Defendant respectfully requests that the Court permit Defendant to file an answer to the complaint by May 24, 2023.

Thank you for the Court's courtesies and attention to this matter.

Respectfully submitted,

*/s/ Michael H. Masri*
Michael H. Masri

cc:  All Counsel of Record via ECF

4882-6473-4051, v. 1