

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Writers Direct Dial (516) 470-0108*
*Fax: (516) 237-2893*
*Email: mmasri@meltzerlippe.com*

June 5, 2023

<u>Via ECF</u>

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)
      <u>MLGB File No. 17818-00040</u>

Dear Judge Gardephe:

    This firm represents the defendant, Esports Entertainment Group, Inc., in the referenced action.

    We write to the Court with the consent of opposing counsel in accordance with Your Honor's Individual Practice Rules I(A) and IV(F) to obtain a protective order in the form of the annexed Stipulated Confidentiality Agreement and Protective Order. The parties utilized the Court's Model Protective Order and did not modify same.

    Thank you for the Court's consideration in this matter.

                                                                                    Respectfully submitted,

                                                                                   /s/ Michael H. Masri
                                                                                   Michael H. Masri

MHM/cd
Enclosure

cc:   *All Counsel of Record via ECF*