UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Grant Johnson

                Plaintiff,

  -against-                                 1:22   Civ.  10861       (      )

Esports Entertainment Group, Inc.          **MOTION FOR ADMISSION**

                                                            **PRO HAC VICE**

                            Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, __Evan L. Frank__ hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for Plaintiff, __Grant Johnson__ in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of __Pennsylvania, New Jersey & Florida__ and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: June 15, 2023          Respectfully Submitted,

                                        Applicant Signature: _[signature]_

                                        Applicant's Name: Evan L. Frank

                                        Firm Name: Alan L. Frank Law Associates, P.C.

                                        Address: 135 Old York Road

                                        City/State/Zip: Jenkintown, PA  19046

                                        Telephone/Fax: 215-935-1000/ F: 215-935-1110

                                        Email: efrank@alflaw.net