

## Supreme Court of Pennsylvania

# CERTIFICATE OF GOOD STANDING

*Evan Louis Frank, Esq.*

### DATE OF ADMISSION

*October 25, 2011*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



**Witness my hand and official seal
Dated: May 23, 2023**

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk