**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------

Grant Johnson,

        Plaintiff,

v.

Esports Entertainment Group, Inc.,

        Defendant.

--------------------------------------------------------

Civil Action
Docket No. 1:22-cv-10861

**AFFIDAVIT OF EVAN L. FRANK**
**FOR ADMISSION PRO HAC VICE**

I, Evan L. Frank , hereby depose and state as follows:

1. I am counsel in the law firm of Alan L. Frank Law Associates, P.C., located at 135 Old York Road, Jenkintown, PA  19046.

2. I am admitted to practice law in the Commonwealth of Pennsylvania (Bar No. 311994), State of New Jersey (Ba No. 031342011) and State of Florida (Bar No. 0099761)

3. I have never been held in contempt of court, censored, suspended, or disbarred by any court.  In addition, I am familiar with the Federal Rules of Civil Procedure and the Local Rules of Civil Procedure of the United States District Court for the Southern District of New York.

4. I am in good standing in every jurisdiction where I have been admitted to practice.  I am not currently suspended or disbarred in any jurisdiction.  There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have not previously had a pro hac vice admission to this Court revoked for misconduct.

6. I have read and agree to comply with the Local Rules of the United States District Court for the Southern District of New York.

I hereby declare that this 15th day of June, 2023, under the penalties of perjury that the foregoing is true and correct.

Dated: June 15, 2023      _____

                                  Evan L. Frank

Sworn to and Subscribed before me
This 15th day of June, 2023

Notary Public