UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------

Grant Johnson,

           Plaintiff,

v.

Esports Entertainment Group, Inc.,

           Defendant.
-----------------------------------------------------------

Civil Action
Docket No. 1:22-cv-10861

**ORDER FOR ADMISSION PRO HAC VICE**

The motion of Evan L. Frank, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he is a member in good standing of the bars of the states of Pennsylvania, New Jersey and Florida; and that his contact information is as follows:

| | |
|---|---|
| Applicant's Name: | Evan L. Frank |
| Firm Name: | Alan L. Frank Law Associates, P.C. |
| Address: | 135 Old York Road |
| | Jenkintown, PA 19046 |
| Telephone/Fax: | T: 215-935-1000/ F: 215-9351110 |
| E-mail: | efrank@alflaw.net |

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Plaintiff, Grant Johnson, in the above entitled action;

IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: June 23, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge