UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Grant Johnson,

                    Plaintiff,                    Case No. 1:22-cv-10861

    -against-

                                   **NOTICE TO TAKE DEPOSITION**
Esports Entertainment Group, Inc.,        **UPON ORAL EXAMINATION**

                  Defendant.
------------------------------------------------------------X

      **PLEASE TAKE NOTICE**, pursuant to Rule 30 of the Federal Rules of Civil Procedure, Defendant, by its attorneys, will take the deposition of **GRANT JOHNSON** on **Tuesday, July 11, 2023, at 10:00 a.m.**, at the offices of Meltzer, Lippe, Goldstein & Breitstone, LLP, located at 190 Willis Avenue, Mineola, New York 11501. Such examination will be recorded by stenographic means, and may be recorded by videographer. Further, this examination will be conducted before a Notary (or other officer authorized to administer oaths), and will continue from such date until completion.

      **PLEASE TAKE FURTHER NOTICE**, that, pursuant to Rules 30(b) and 34(b) of the Federal Rules of Civil Procedure, Plaintiff is required to produce in advance of his deposition all the documents requested in Defendant's forthcoming request for production of documents.

Dated: Mineola, New York
       May 11, 2023

                                      MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP

                                      By: _____
                                            Michael H. Masri
                                            Steven E. Frankel
                                            *Attorneys for Defendant*
                                            190 Willis Avenue
                                            Mineola, New York 11501
                                            516-747-0300

To:   Alan L. Frank, Esq.
      Alan L. Frank Law Associates, P.C.
      *Attorneys for Plaintiff*
      45 Broadway, Suite 720
      New York, NY 10006
      afrank@alflaw.net

2

4856-3476-4387, v. 1