UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Grant Johnson,

        Plaintiff,                              Civil Action
                                                        Docket No. 1:22-cv-10861

v.

Esports Entertainment Group, Inc.,

        Defendant.
-------------------------------------------------------

## PLAINTIFF'S FIRST INTERROGATORIES TO DEFENDANT

1. How much did Defendant's gross revenue increase as a result of Defendant's July 13, 2021 acquisition of Bethard Group Limited (Bethard). State how Defendant calculated this amount, who calculated it, and identify all documents showing the increase in gross revenue.

**Response:**


2. How much did Defendant's gross revenue increase as a result of Defendant's March 1, 2021 acquisition of Lucky Dino Gaming Limited (Lucky Dino). State how Defendant calculated this amount, who calculated it, and identify all documents showing the increase in gross revenue.

**Response:**


3. For the year 2021, what were the "annual target performance", the "Company's annual performance", and the percent relationship between the two, as those terms are used at section 3.03 of the Employment Agreement (ECF 17-1). State how Defendant calculated these amounts, who calculated them, and identify all documents showing these amounts.

**Response:**

                                              Respectfully submitted,

                                              _/s/ Alan L. Frank_  
                                              Alan L. Frank, Esq.  
                                              Alan L. Frank Law Associates, P.C.  
                                              45 Broadway, Suite 720  
                                              New York, NY 10006  
                                                    And  
                                              135 Old York Road  
                                              Jenkintown, PA 19046  
                                              215-935-1000  
                                              215-935-1110 (fax)  
                                              afrank@alflaw.net  
                                              Counsel for Plaintiffs

May 18, 2023