**Johnson v. Esports Entertainment Group, Inc.**
**Defendant's Privilege Log as of July 5, 2023**

| Document Type(s) | General Subject Matter | Date Range | Parties (Author, Addresses, Other Recipients) | Comment |
|---|---|---|---|---|
| Emails | Termination of Grant Johnson | December 3, 2022 through December 5, 2022 | Michael Masri; Lydia Roy; Jan Jones Blackhurst; Jenny Pace; Damian Mathews; Teresa Blazewicz; Shane Segarra; Diane Pierce; Greg Page; Chul (Alex) Woong Lim; Alan Alden | |
| Emails | Ayrton Agreements | November 4, 2022 through November 7, 2022 | Lydia Roy; Shane Segarra; Jenny Pace | |
| Emails | Grant and Jennifer Johnson's Compensation | December 9, 2022 through December 11, 2022 | Lydia Roy; Michael Masri; Samantha Westervelt; Jenny Pace; Jan Jones Blackhurst; Mel Grimaldi; Damian Mathews | |

4895-9991-3580, v. 1