EXHIBIT 10



**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Friday, June 23, 2023 4:16 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>; Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>; Debbie McGuckin <DMcGuckin@alflaw.net>
**Subject:** RE: Johnson v. Esports

1:30 on Monday is fine. We will circulate a conference call in number.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--

ATTENTION:

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Michael Masri <mmasri@meltzerlippe.com>
**Sent:** Friday, June 23, 2023 4:13 PM
**To:** Alan Frank <afrank@alflaw.net>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>; Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
**Subject:** RE: Johnson v. Esports
**Importance:** High

I would prefer that we kept all communications on the same thread to avoid confusion.

In addition to Steven, please add Chris and Kim to these emails so as to keep everyone in the loop.

We understand that your schedule could not permit you to keep the meet and confer date and time that we previously agreed to (yesterday at 6:30pm). We are always willing to accommodate your schedule and appreciate your reciprocating this courtesy. If possible, we would also appreciate more advance notice of cancellations.

As previously informed, our team was not available today. This was due to other scheduled commitments including commitments involving the instant lawsuit.

We just received your client's document production and intend on reviewing same over the weekend. And, while I was drafting this email, we just received the outstanding interrogatory verification.

In addition to the issues raised in your below email of June 22 at 5:08 pm, we suggest that we meet and confer concerning:

1. Search terms and the number of custodians in connection with our client's document production (which we advised was on a continuing basis);
2. Deposition dates and remote depositions;
3. The overbroad topics in connection with the 30(b)(6) notice;
4. The affiliate interrogatory objection;
5. Confirming that the interrogatory response was not revised; and
6. Is your client's document production complete.

We are available to meet and confer between 12 and 4:30 on Monday and at 9 am on Tuesday. Please advise what date and time works for you (hopefully we will hear from you before 6pm today). If you are not available, please propose alternative dates and times.

Thanks and have a good weekend.

Michael Masri , Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 132
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
600 Third Avenue
New York, NY 10016
Phone 212-201-1720



**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Thursday, June 22, 2023 5:08 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>
**Subject:** RE: Johnson v. Esports

6:30 this evening will not work. How about tomorrow morning.

Here are the things that we need to address on our end:

1. The deposition date for the company's designee.
2. The deposition date for Jan Jones Blackhurst.
3. The deposition date for Waqas Khatri
4. The delivery date for your privilege log.
5. Affirmation that all responsive documents have been produced.

Please give us a time tomorrow that works best for you.

Thanks.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Michael Masri <mmasri@meltzerlippe.com>
**Sent:** Thursday, June 22, 2023 10:25 AM

**To:** Alan Frank <afrank@alflaw.net>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>
**Subject:** RE: Johnson v. Esports

Steven is in a deposition. Does 6:30 work?

**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Wednesday, June 21, 2023 5:40 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>
**Subject:** Re: Johnson v. Esports

You have still not answered my question regarding the production of a designee on Tuesday. Let's meet and confer tomorrow please. Please pick a time. Thank you.

Sent from my iPhone

> On Jun 21, 2023, at 5:28 PM, Michael Masri <mmasri@meltzerlippe.com> wrote:
>
> Are you telling me that the day after I agree to your suggested protocol that you would serve a deposition notice unilaterally scheduling a deposition date?
>
> And, when are you going to provide the verified interrogatories and produce all outstanding documents?
>
> **From:** Alan Frank <afrank@alflaw.net>
> **Sent:** Wednesday, June 21, 2023 5:19 PM
> **To:** Michael Masri <mmasri@meltzerlippe.com>
> **Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>
> **Subject:** RE: Johnson v. Esports
>
> Are you telling us now, for the first time, that you are not producing your designee on Tuesday? We noticed it weeks ago.
>
> Alan L. Frank, Esquire
> Alan L. Frank Law Associates, P. C.
> 135 Old York Road
> Jenkintown, PA 19046
> 215.287.7601 – Mobile
> 215.935.1000 – Office
> 215.935.1110 – Fax

afrank@alflaw.net
Come visit us at Alflaw.net

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Michael Masri <mmasri@meltzerlippe.com>
**Sent:** Wednesday, June 21, 2023 5:16 PM
**To:** Alan Frank <afrank@alflaw.net>
**Cc:** Evan Frank <EFrank@alflaw.net>
**Subject:** Re: Johnson v. Esports

Alan:

I hope that you are doing well.

I am surprised by your email because, as per our May 12/16 exchange, I confirmed that we would "cooperatively" schedule depositions at your suggestion.

Before scheduling depositions, I would appreciate if you corrected the failure to verify interrogatory responses and produced all responsive documents. Do you think you could address these items on or before June 30th? And, it is our understanding that Plaintiff will be deposed first.

Also, I am adding Evan and ask that you continue to add Steven Frankel to our emails.

Thank you.

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Wednesday, June 21, 2023 3:51:22 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>
**Subject:** Johnson v. Esports

Confirming that your client is producing its designee this Tuesday in your Manhattan offices.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.

135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--

ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.

For more information please visit http://www.mimecast.com

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com