EXHIBIT 13

| | |
|---|---|
| **From:** | Alan Frank |
| **To:** | Steven Frankel |
| **Cc:** | Evan Frank; Michael Masri; Christopher J. Clarke; Kimberly Oringer |
| **Subject:** | Re: Johnson v Esports |
| **Date:** | Thursday, July 13, 2023 8:31:03 PM |

We will be filing this tomorrow. Please give us any edits by noon. Thank you.

Sent from my iPhone

> On Jul 13, 2023, at 7:56 PM, Steven Frankel <SFrankel@meltzerlippe.com> wrote:
>
> Evan,
>
> This letter is no longer current.  We will have our responses to you by Monday (7/17) at 11:00am.  Please confirm this is acceptable.  Thank you.
>
> ---
>
> **From:** Evan Frank <EFrank@alflaw.net>
> **Sent:** Thursday, July 13, 2023 5:29 PM
> **To:** Michael Masri <mmasri@meltzerlippe.com>; Steven Frankel <SFrankel@meltzerlippe.com>; Alan Frank <afrank@alflaw.net>
> **Cc:** Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
> **Subject:** RE: Johnson v Esports
>
> Thank you.  Here is an updated letter.  If you can confirm the deposition dates by tomorrow, we will delete it from the letter.  Otherwise, we will file this tomorrow afternoon.
>
> ---
>
> **From:** Michael Masri <mmasri@meltzerlippe.com>
> **Sent:** Thursday, July 13, 2023 3:15 PM
> **To:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>; Alan Frank <afrank@alflaw.net>
> **Cc:** Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
> **Subject:** RE: Johnson v Esports
>
> I will check with our client regarding proceeding on the 26th to 27th but I will try to make it work.
>
> Please note that we have limited availability in our NYC office with regard to space and need to check with the scheduler.  I will let you know by tomorrow.  Regardless, we would appreciate more advance notice.  Based on your objection to proceeding on the

25th and the 27th, we will release the conference room we reserved for the 25th.

This email is without waiving any rights, claims or defenses all of which are expressly reserved.

---

**From:** Evan Frank <EFrank@alflaw.net>
**Sent:** Wednesday, July 12, 2023 5:05 PM
**To:** Steven Frankel <SFrankel@meltzerlippe.com>; Alan Frank <afrank@alflaw.net>
**Cc:** Michael Masri <mmasri@meltzerlippe.com>; Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
**Subject:** RE: Johnson v Esports

We can have Plaintiff's deposition on July 25 or Defendant's on July 27 – but we would like both to be on consecutive days.  So July 25-26 or July 26-27, but you can pick any two days that week that are consecutive.  We would like to depose Jan Jones Blackhurst the same week, on Zoom, and it does not have to be consecutive with the other two depositions.  Let me know if that works.

---

**From:** Steven Frankel <SFrankel@meltzerlippe.com>
**Sent:** Friday, June 30, 2023 3:44 PM
**To:** Alan Frank <afrank@alflaw.net>; Evan Frank <EFrank@alflaw.net>
**Cc:** Michael Masri <mmasri@meltzerlippe.com>; Christopher J. Clarke <CClarke@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
**Subject:** RE: Johnson v Esports

Counsel,

Plaintiff's DRAFT letter appears (respectfully) inaccurate.  Further, the unilateral 5pm deadline is both unrealistic and unreasonable especially considering our offices' 11:30 meet and confer call and the upcoming holiday weekend.

During our 11:30 meet and confer, we advised that we would propose deposition dates.  We propose taking Plaintiff's deposition on July 25, and for the deposition of Defendant's 30(b)(6) witness, Michael Villani, to be taken on July 27.

We are able to provide our response by 2:00pm on Monday, July 3 so you can submit this as a joint letter as required by the Court's rules.  Please confirm that is acceptable.

Very truly yours,
Steven Frankel

---

**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Friday, June 30, 2023 2:01 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>; Steven Frankel

<SFrankel@meltzerlippe.com>
**Cc:** Evan Frank <EFrank@alflaw.net>
**Subject:** Johnson v Esports

Counsel – We attach hereto our letter to the court.  Please add your comments by 5 p.m. today, after which we will forward to the court.  Thank you

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net
--
ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is

intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast. For more information please visit http://www.mimecast.com