UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANT JOHNSON,<br><br>                    Plaintiff,<br><br>- against –<br><br>ESPORTS ENTERTAINMENT GROUP, INC.,<br><br>                    Defendant. | **ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE**<br><br>22 Civ. 10861 (PGG) (KHP) |

PAUL G. GARDEPHE, U.S.D.J.:

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

☐ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

**X** Specific Non-Dispositive Motion/Dispute:
  **Dkt. No. 39**_____
If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:
_____

☐ Settlement

☐ Inquest After Default/ Damages Hearing

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)
Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)
Particular Motions: _____
All such motions: _____

Dated: New York, New York
       July 19, 2023

SO ORDERED.

_Paul S. Gardephe_____
Paul G. Gardephe
United States District Judge