

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Phone: (516) 747-0300*
*E-mail: mmasri@meltzerlippe.com*

July 21, 2023

**Via ECF**
The Honorable Katharine H. Parker
United States Courthouse - Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St., Room 750
New York, NY 10007-1312

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)
       MLGB File No. 17818-00040

Dear Judge Parker:

    This firm is counsel defendant Esports Entertainment Group, Inc. ("Esports") in connection with the above-referenced matter and write pursuant to I.(c) of the Individual Practices in Civil Cases to request an adjournment of the telephonic conference scheduled for Monday, July 24, 2023, at 5:00 p.m. to Tuesday, July 25, 2023, at 9:00 a.m. and/or a date convenient for the Court. This is the first request for an adjournment because I will be on a flight and unavailable during the scheduled time. Counsel for the Plaintiff does not consent to a short delay to the following day.

    We thank the Court for its courtesies and attention to this matter.

                                                    Respectfully submitted,

                                                    /s/ Michael H. Masri
                                                    Michael H. Masri

cc:   All Counsel of Record via ECF

4888-6564-5681 v.1