UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GRANT JOHNSON,<br><br>       Plaintiff,<br><br>- against –<br><br>ESPORTS ENTERTAINMENT GROUP, INC.,<br><br>       Defendant. | **AMENDED ORDER OF REFERENCE**<br>**TO A MAGISTRATE JUDGE**<br><br>22 Civ. 10861 (PGG) (KHP) |

PAUL G. GARDEPHE, U.S.D.J.:

   The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**X** General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

☐ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

**X** Specific Non-Dispositive Motion/Dispute:*

**Dkt. No. 39**

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:

_____

☐ Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose: _____

☐ Habeas Corpus

☐ Social Security

☐ Settlement*

☐ Inquest After Default/ Damages Hearing

☐ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motions: _____

All such motions: _____

*Do not check if already referred for general pretrial.

Dated: New York, New York
   July 21, 2023

SO ORDERED.

*/s/ Paul G. Gardephe*
_____
Paul G. Gardephe
United States District Judge