UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
GRANT JOHNSON,                                     NOTICE OF
                                                   MOTION TO DISQUALIFY
                      Plaintiff,                   PLAINTIFF'S COUNSEL

-against-                                          Case No. 1:22-cv-10861

ESPORTS ENTERTAINMENT GROUP, INC.,

                      Defendant.
----------------------------------------------------------------x

      **PLEASE TAKE NOTICE THAT** upon the Affirmation of Michael H. Masri, Esq., dated July 24, 2023, together with the exhibits annexed thereto, Declaration of Lydia Roy, dated July 24, 2023, the accompanying Memorandum of Law and all the pleadings heretofore had herein, Defendant Esports Entertainment Group, Inc., will move this Court before the Honorable Katharine H. Parker, United States Magistrate Judge, at the Daniel Patrick Moynihan Courthouse, located at 500 Pearl St., Courtroom 17D, New York, New York 10007, on August 8, 2023 at 9:30 a.m., for an Order (i) disqualifying Plaintiff Grant Johnson's counsel, Alan L. Frank, Esq. of Alan L. Frank Law Associates, P.C., as counsel of record for Plaintiff. (ii) for such other and further relief as to the Court seems just and proper.

      **PLEASE TAKE FURTHER NOTICE** that opposition and reply papers shall be served in accordance with the Federal Rules of Civil Procedure and the Court's Individual and Local Rules.

Dated: Mineola, New York
       July 24, 2023

                                            **MELTZER, LIPPE, GOLDSTEIN
                                            & BREITSTONE, LLP**
                                            *Attorneys for Defendant Esports
                                            Entertainment Group, Inc.*

                                                By:    /s/ Michael H. Masri
                                                              Michael H. Masri, Esq.
                                                               Steven E. Frankel, Esq.
                                                               190 Willis Avenue
                                                               Mineola, New York 11501
                                                               (516) 747-0300

TO:     All Counsel of Record via ECF