# EXHIBIT C

**From:** Grant Johnson on behalf of Grant Johnson <grant@esportsentertainmentgroup.com>
**To:** afrank@alflaw.net
**Subject:** follow up from discussion
**Date:** Wednesday, September 21, 2022 3:15:08 PM
**Attachments:** GMBL - ROFR Notice (Maxim Gunnar).doc
image001.png
image002.png





| From: | Grant Johnson on behalf of Grant Johnson <grant@esportsentertainmentgroup.com> |
| To: | afrank@alflaw.net |
| Subject: | RE: follow up from discussion |
| Date: | Wednesday, September 21, 2022 5:35:59 PM |
| Attachments: | image001.png |
| | image002.png |

Hi Alan sorry for the typos guess I tried to fire ou too quickly made edits below

*From:* Grant Johnson <grant@esportsentertainmentgroup.com>
*Sent:* September 21, 2022 3:15 PM
*To:* 'afrank@alflaw.net' <afrank@alflaw.net>
*Subject:* follow up from discussion











| | |
|---|---|
| **From:** | Alan Frank on behalf of Alan Frank <afrank@alflaw.net> |
| **To:** | Grant Johnson |
| **Subject:** | Re: follow up from discussion |
| **Date:** | Wednesday, September 21, 2022 7:45:29 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image001.png |
| | image002.png |

I think so. I'll check.

Sent from my iPhone

On Sep 21, 2022, at 5:36 PM, Grant Johnson <grant@esportsentertainmentgroup.com> wrote:

Hi Alan sorry for the typos guess I tried to fire ou too quickly made edits below

From: Grant Johnson <grant@esportsentertainmentgroup.com<mailto:grant@esportsentertainmentgroup.com>>
Sent: September 21, 2022 3:15 PM
To: 'afrank@alflaw.net<mailto:afrank@alflaw.net>' <afrank@alflaw.net<mailto:afrank@alflaw.net>>
Subject: follow up from discussion





| | |
|---|---|
| **From:** | Alan Frank on behalf of Alan Frank <afrank@alflaw.net> |
| **To:** | Grant Johnson |
| **Subject:** | RE: follow up from discussion |
| **Date:** | Thursday, September 22, 2022 10:53:15 AM |
| **Attachments:** | image001.png |
| | image002.png |

Grant,

Good morning. I just phoned your cell. Please call me when ready. Thanks.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

ATTENTION:

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.
-----------------------------------------------
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at afrank@alflaw.net

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** Wednesday, September 21, 2022 5:36 PM
**To:** Alan Frank <afrank@alflaw.net>
**Subject:** RE: follow up from discussion

Hi Alan sorry for the typos guess I tried to fire ou too quickly made edits below

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** September 21, 2022 3:15 PM
**To:** 'afrank@alflaw.net' <afrank@alflaw.net>
**Subject:** follow up from discussion









**Grant Johnson**

CEO

Skype: grant.r.johnson60
Phone: +19055802978

Esports Entertainment Group | Nasdaq: GMBL

| | |
|---|---|
| **From:** | Grant Johnson on behalf of Grant Johnson <grant@esportsentertainmentgroup.com> |
| **To:** | afrank@alflaw.net |
| **Subject:** | FW: GMBL - Underwriting Agreement |
| **Date:** | Friday, September 23, 2022 7:44:59 AM |
| **Attachments:** | Untitled attachment 00018.htm |
| | GMBL - Underwriting Agreement (September 2022)(Executed).PDF |

From: Lydia Roy <lydia.roy@esportsentertainmentgroup.com<mailto:lydia.roy@esportsentertainmentgroup.com>>
Sent: September 23, 2022 6:17 AM
To: Grant Johnson <grant@esportsentertainmentgroup.com<mailto:grant@esportsentertainmentgroup.com>>
Subject: Fwd: GMBL - Underwriting Agreement