# EXHIBIT D



**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Writers Direct Dial (516)470-0108*
*Fax: (516) 237-2893*
*Email: mmasri@meltzerlippe.com*

July 19, 2023

**VIA EMAIL** – afrank@alflaw.net
Alan L. Frank, Esq.
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046

Re:   **Johnson v. Esports Entertainment Group, Inc.**
       **U.S. Dist. Ct., SDNY, Case No. 1:22-cv-10861**
       **Violation of Rule 1.9, New York's Rules of Professional Conduct**

Dear Mr. Frank:

We write to address your firm's representation of Esports Entertainment Group, Inc. <u>before</u> Grant Johnson's December 3, 2022, termination as Esports' Chief Executive Officer. For the reasons set forth below, we request that you withdraw as Mr. Johnson's counsel as required by Professional Rule 1.9.

Shortly after your office commenced the instant suit, I asked and you informed me that you had not spoken with Mr. Johnson while he was CEO in connection with providing legal advice to Esports <u>before</u> the instant litigation. During the parties' meet and confer during the week of June 24, we again discussed whether you had any communications with Mr. Johnson before December 3, 2022, in connection with your office's assertion of the attorney-client privilege in Plaintiff's response to Defendant's first document demand. At that time, you advised that you had no communications before December 3, 2022 (therefore, mooting whether such communications were privileged).

Last evening, we discovered that in September 2022, you had been in contact with Mr. Johnson as Esports' CEO in connection with providing legal advice to Esports. Such contact is evidenced by the attached emails, which also reference telephonic communications. Further, we also discovered that, as counsel for Esports, you received Esports' confidential information. Such emails demonstrate that you counseled Mr. Johnson as Esport's CEO concerning Maxim and Ayrton Capital, LLC.

---

Long Island    |    New York City    |    Boca Raton    |    Miami

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**

Alan Frank, Esq.
July 19, 2023
Page 2

Rule 1.9 of New York's Rules of Professional Conduct prohibits representing a current client against a former client in connection with the subject of or substantially related to the subject of that former representation. There is no question that Ayrton and the matter described in the attached emails are substantially related to the instant claims, defenses, and counterclaims.

Please advise whether your office will withdraw as Mr. Johnson's counsel by Thursday, July 20, 2023. Afterward, we can jointly contact the Court regarding an orderly transition.

Without your response, we will proceed with a motion to disqualify your firm.

Nothing herein shall be deemed a waiver of Esports' rights, express or implied, all of which are expressly reserved herein.

Very truly yours,

Michael H. Masri, Esq.

MHM:cjc

cc: Evan Frank, Esq. (via email only)
    Client (via email only)

4880-3855-7041, v. 1

| | |
|---|---|
| From: | Alan Frank on behalf of Alan Frank <afrank@alflaw.net> |
| To: | Grant Johnson |
| Subject: | RE: follow up from discussion |
| Date: | Thursday, September 22, 2022 10:53:15 AM |
| Attachments: | image001.png |
| | image002.png |

Grant,

Good morning. I just phoned your cell. Please call me when ready. Thanks.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

ATTENTION

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalties under the Internal Revenue Code, or (ii) promoting, marketing or recommending to another party any tax advice addressed herein.

---

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at afrank@alflaw.net

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** Wednesday, September 21, 2022 5:36 PM
**To:** Alan Frank <afrank@alflaw.net>
**Subject:** RE: follow up from discussion

[redacted]

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** September 21, 2022 3:15 PM
**To:** 'afrank@alflaw.net' <afrank@alflaw.net>
**Subject:** follow up from discussion

[redacted]









Grant Johnson
CEO
Skype: grant.r.johnson60
Phone: +19055802978

Esports Entertainment Group | Nasdaq: GMBL