# EXHIBIT E

| | |
|---|---|
| **From:** | Michael Masri |
| **To:** | Alan Frank |
| **Cc:** | Evan Frank; Steven Frankel; Kimberly Oringer; Christopher J. Clarke |
| **Subject:** | Re: Grant Johnson v. Esports Entertainment Group, Inc., SDNY, Case No. 1:22-cv-10861 (PGG) |
| **Date:** | Thursday, July 20, 2023 5:11:05 PM |
| **Attachments:** | image001.png |

Why did you deny the communications not once but twice? And, what emails did your office receive from Esports prior to December 3, 2022?

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

---

**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Thursday, July 20, 2023 5:08:01 PM
**To:** Michael Masri <mmasri@meltzerlippe.com>
**Cc:** Evan Frank <EFrank@alflaw.net>; Steven Frankel <SFrankel@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>; Christopher J. Clarke <CClarke@meltzerlippe.com>
**Subject:** RE: Grant Johnson v. Esports Entertainment Group, Inc., SDNY, Case No. 1:22-cv-10861 (PGG)

Your letter claims that when I communicated with Grant Johnson – the same Grant Johnson whom I represent in this case – I learned unspecified information from Grant Johnson that prevents me from representing Grant Johnson. I have never represented your client, Esports. I dispute your allegations in their entirety. I will not be withdrawing.
Please reconsider your position before filing a motion that claims I am conflicted out for having spoken with the same person I represent in this case. To succeed on your motion to disqualify, you would have to show both: (1) a substantial relationship between a prior representation and the current litigation; and 2) specific confidential information imparted to the attorney. Here, there is neither (1) nor (2). I have never represented Esports, so there cannot be (1) a substantial relationship between a prior representation and the current litigation. You have not articulated any (2) specific confidential information I have allegedly received. You will not be able to articulate any (2) specific confidential information because there is none.
Again, please reconsider your position.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

--
ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the

Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.

**From:** Christopher J. Clarke <CClarke@meltzerlippe.com>
**Sent:** Wednesday, July 19, 2023 5:10 PM
**To:** Alan Frank <afrank@alflaw.net>
**Cc:** Evan Frank <EFrank@alflaw.net>; Michael Masri <mmasri@meltzerlippe.com>; Steven Frankel <SFrankel@meltzerlippe.com>; Kimberly Oringer <KOringer@meltzerlippe.com>
**Subject:** Grant Johnson v. Esports Entertainment Group, Inc., SDNY, Case No. 1:22-cv-10861 (PGG)

Dear Mr. Frank,

Please see attached correspondence.

Very truly yours,

Christopher J. Clarke, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 147
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
70 East 55th Street – 19th Floor
New York, NY 10022
Phone 212-201-1720



Long Island | NYC | Boca Raton | Miami

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure

under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com