# EXHIBIT F

| | |
|---|---|
| **From:** | Michael Masri |
| **To:** | "Alan Frank"; Christopher J. Clarke; Evan Frank |
| **Cc:** | Steven Frankel |
| **Subject:** | RE: Johnson v. Esports |
| **Date:** | Friday, July 21, 2023 1:48:54 PM |
| **Attachments:** | image002.png |
| | image003.png |

Alan:

I think being on a plane qualifies as being "truly" unavailable.

What is going on with the emails that you still have failed to send over notwithstanding my request of yesterday?  Please ensure that you send over the emails in response to our outstanding request by no later than the close of business today – I trust I need not remind you that you repeatedly advised me that such emails do not exist until I provided you proof of same.

Michael Masri , Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 132
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
600 Third Avenue
New York, NY 10016
Phone 212-201-1720



**From:** Alan Frank <afrank@alflaw.net>
**Sent:** Friday, July 21, 2023 1:35 PM
**To:** Christopher J. Clarke <CClarke@meltzerlippe.com>; Evan Frank <EFrank@alflaw.net>
**Cc:** Michael Masri <mmasri@meltzerlippe.com>; Steven Frankel <SFrankel@meltzerlippe.com>
**Subject:** RE: Johnson v. Esports

We will not consent to any more delays.

You can appear on Monday in Mr. Masri's stead if he is truly unavailable.

Alan L. Frank, Esquire

Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net
--
ATTENTION:
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the
Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or
agent responsible for delivering this to the intended recipient, you are hereby notified that any
dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error,
please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at
dmcguckin@alflaw.net.

**From:** Christopher J. Clarke <CClarke@meltzerlippe.com>
**Sent:** Friday, July 21, 2023 1:27 PM
**To:** Alan Frank <afrank@alflaw.net>; Evan Frank <EFrank@alflaw.net>
**Cc:** Michael Masri <mmasri@meltzerlippe.com>; Steven Frankel <SFrankel@meltzerlippe.com>
**Subject:** Johnson v. Esports

Gentlemen:

Will you consent to an adjournment of Monday's telephone conference because Michael Masri will
be traveling and unavailable during that time? We must make a letter motion to Magistrate Parker.
Please advise as soon as possible with your consent or reasons for withholding consent.

Regards,

Christopher J. Clarke, Esq.
Meltzer, Lippe, Goldstein & Breitstone, LLP
190 Willis Ave
Mineola, NY 11501
Phone 516-747-0300 Ext. 147
Fax 516-237-2893
www.meltzerlippe.com

New York City Office:
70 East 55th Street – 19th Floor
New York, NY 10022
Phone 212-201-1720



**Long Island | NYC | Boca Raton | Miami**

Any U.S. tax advice contained in this communication (including any attachments) unless otherwise expressly indicated is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein. This electronic message transmission contains information which is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination or distribution of this communication to other than the intended recipient is strictly prohibited. If you have received this communication in error, please notify us immediately by calling (516) 747-0300 or by electronic mail (info@meltzerlippe.com). Thank you.

This email has been scanned for email related threats and delivered safely by Mimecast.
For more information please visit http://www.mimecast.com