UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

Grant Johnson,                                            :

                                       :

            Plaintiff,                             :

                                       :

        -against-                              :

                                       :

Esports Entertainment Group, Inc.,          :

                                       :

            Defendant.                         :

-----------------------------------------------------------------X

**ORDER**

22-CV-10861 (PGG) (KHP)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/26/2023

**KATHARINE H. PARKER, United States Magistrate Judge**.

       As discussed in the July 26, 2023 conference, the fact discovery deadline is extended to **August 31, 2023**.

       The deposition of Jan Jones Blackhurst shall take place either August 7 or August 9. Blackhurst's documents shall be produced by **August 4, 2023**. The parties shall refer to the transcript for additional guidance on Blackhurst's documents.

       Further, the parties shall refer to the transcript for additional rulings and directions on the remaining document production and discovery issues raised in the parties' letter motion.

       The deadline for completing document production and providing updated privilege logs is **August 9, 2023**.

       A telephonic case management conference is scheduled on **August 23, 2023 at 5:00 p.m**.  The parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

       **The issues in the letter motion at ECF No. 43 having been resolved, the Clerk of the Court is respectfully requested to close the letter motion at ECF No. 43.**

**SO ORDERED.**

Dated:   July 26, 2023
         New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge