# Alan Frank

| | |
|---|---|
| **From:** | Alan Frank |
| **Sent:** | Wednesday, October 5, 2022 8:13 AM |
| **To:** | Grant Johnson |
| **Subject:** | RE: GMBL - Underwriting Agreement |

Good morning.  Unfortunately, this is something that we will not be able to help you with.

Please call me if we should talk further.

Thanks.  Best regards.

Alan L. Frank, Esquire
Alan L. Frank Law Associates, P. C.
135 Old York Road
Jenkintown, PA 19046
215.287.7601 – Mobile
215.935.1000 – Office
215.935.1110 – Fax
afrank@alflaw.net
Come visit us at Alflaw.net

IRS CIRCULAR 230 DISCLOSURE:
Pursuant to Treasury Regulations, any tax advice contained in this communication (including any attachments) is not intended or written to be use, and cannot be used or relied upon by you or any other person, for the purpose of (i) avoiding penalities under the Internal Revenue Code, or (ii) promoting,  marketing or recommending to another party any tax advice addressed herein.
*****************************************************************************
This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the individual(s) named above.  If you are not the intendedrecipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited.  If you have received this e-mail in error, please immediately notify us by telephone at 215.935.1000 or notify us by e-mail at dmcguckin@alflaw.net.

---

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** Friday, September 23, 2022 7:45 AM
**To:** Alan Frank <afrank@alflaw.net>
**Subject:** FW: GMBL - Underwriting Agreement

---

**From:** Lydia Roy <lydia.roy@esportsentertainmentgroup.com>
**Sent:** September 23, 2022 6:17 AM
**To:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Subject:** Fwd: GMBL - Underwriting Agreement

Hi Grant- Please find attached, Underwriting Agreement.

Kind regards,
Lydia


Lydia Roy
Group General Counsel, Compliance and Company Secretary Esports Entertainment Group | NASDAQ: GMBL


Member, Massachusetts Bar and Law Society of Upper Canada and Authorized House Counsel Florida. Not a member of the Florida Bar.

This message (including any attachments) may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail lydia.roy@esportsentertainmentgroup.com