1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
GRANT JOHNSON,

        Plaintiff,

                        Case No.:
                        1:22-cv-10861
                        (PGG)
    -against-

ESPORTS ENTERTAINMENT GROUP,

        Defendant.
--------------------------------------X

            DATE: July 26th, 2023

            TIME: 10:00 a.m.

    DEPOSITION of GRANT JOHNSON, the Plaintiff herein, taken by the Defendant, pursuant to Federal Rules of Civil Procedure, and Court Order, held at the Offices of Meltzer, Lippe, Goldstein & Breitstone, LLP, 70 East 55th Street, 19th Floor, New York, New York 10022, at the above-mentioned date and time, before MARINA DUBSON, a Notary Public of the State of New York.

        REALTIME REPORTING, INC.
    124 East Main Street, Suite 202
      Babylon, New York 11702
        516-938-4000
     www.realtimereporting.com

DRAFT COPY

                                                                    2

1  APPEARANCES:

2

3  ALAN L. FRANK LAW ASSOCIATES, P.C.
   Attorney for Plaintiff
4  135 Old York Road,
   Jenkintown, Pensivania 19046
5  (215) 935-1000
   BY: ALAN L. FRANK, ESQ.
6      Afrank@alflaw.net

7

8
   MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP
9  Attorney for Defendant
   ESPORTS ENTERTAINMENT GROUP, INC.
10 190 Willis Avenue,
   Mineola, New York 11501
11 (516) 747-0300
   BY: MICHAEL MASRI, ESQ.
12     STEVEN E. FRANKEL, ESQ.
       Sfrankel@meltzerlippe.com
13     CHRISTOPHER J. CLARKE, ESQ.
       Cclarke@meltzerlippe.com
14

15
   ALSO PRESENT:
16
   DREW CERRIA, videographer
17
   MICHAEL VILLANI, CFO esports
18

19

20

21

22

23

24
                         DRAFT COPY
25

17

1    7/26/23 -- G. Johnson -- Rough Draft
2        Q.   How long been the chairman of
3    the board?
4        A.   Same period however there
5    really was no structure initially we added
6    we set up the board that would have been
7    2015 there would have been a board put in
8    place.
9        Q.   When did you first meet Alan
10   Frank?
11       A.   Physically today in terms of
12   when we had our first conversation would
13   have been early fall twenty-two.
14       Q.   About what?
15       A.   I had reached out to Alan to
16   see if he had experience in dealing with
17   toxic note holders, toxic lenders.
18       Q.   And you're referring to Waqas?
19       A.   Yes.
20       Q.   You refer to academy as toxic
21   loan holder?
22       A.   I do.
23       Q.   You contacted Alan on behalf of
24   eSports or on behalf of yourself?
25       A.   Well I made the call.

DRAFT COPY

18

1 7/26/23 -- G. Johnson -- Rough Draft
2 Q. As CEO of eSports?
3 MR. FRANK: Counsel please let
4 him his answer his tempo the speed at
5 which he speaks is slow than your
6 questions are coming Mr. Johnson if
7 you don't have opportunity to finish
8 your answer then you say Mr. Masri
9 let me just finish.
10 Q. Do you have more to add to
11 that?
12 A. I only that I reached out to
13 Alan I sent him an e-mail I asked him if he
14 had experience with this we had one brief
15 conversation he said he didn't have any
16 experience with it that was the summation
17 of that communication at that time that's
18 the whole thing in its entirety.
19 Q. So from the spring of 2014 till
20 December 3rd of 2022 how if at all did your
21 responsibilities at eSports change?
22 A. As the company grew, they
23 become much more evolved.  We went from a
24 one person operation to I think at its
25 zenith we had three hundred staff we went

DRAFT COPY