**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------

Grant Johnson,

        Plaintiff,                      Civil Action
                                          Docket No. 1:22-cv-10861

v.

Esports Entertainment Group, Inc.,

        Defendant.
---------------------------------------------------------

## CERTIFICATE OF SERVICE

      THE UNDERSIGNED CERTIFIES that this document was filed through the Clerk of Court using CM/ECF on the date indicated below and served upon all counsel of record by CM/ECF on this 31st day of July, 2023.

                                          By:    */s/ Alan L. Frank*
                                                            ALAN L. FRANK, ESQ.
                                                            NY BAR NO. 4211744