```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GRANT JOHNSON,

                        Plaintiff,

        -against-

ESPORTS ENTERTAINMENT GROUP, INC.,

                        Defendant.
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/04/2023

**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**

22-CV-10861 (PGG) (KHP)

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

The telephonic Case Management Conference scheduled on August 23, 2023 at 5:00 p.m. is hereby rescheduled to **Wednesday, August 23, 2023 at 3:00 p.m.** The parties are directed to call Judge Parker's Chambers court conference line at the scheduled time. **Please dial (866) 434-5269, Access code: 4858267**.

     SO ORDERED.

Dated: August 4, 2023
       New York, New York

                                                _____
                                                KATHARINE H. PARKER
                                                United States Magistrate Judge