UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
GRANT JOHNSON,                                    **REPLY AFFIRMATION IN FURTHER SUPPORT OF MOTION TO DISQUALIFY PLAINTIFF'S COUNSEL**

                           Plaintiff,

-against-                                           Case No. 1:22-cv-10861 (PGG) (KHP)

ESPORTS ENTERTAINMENT GROUP, INC.,

                           Defendant.
------------------------------------------------------------------x

STATE OF NEW YORK    )
COUNTY OF NASSAU    ) ss.:

       I, Michael H. Masri, hereby affirm, under penalty of perjury, as follows:

       1.     I am a partner at Meltzer Lippe Goldstein & Breitstone, LLP, attorneys for Defendant Esports Entertainment Group, Inc., am fully familiar with the statements made in this reply affirmation, and respectfully submit this reply affirmation in further support of Defendant's motion for an order disqualifying Plaintiff Grant Johnson's counsel, Alan L. Frank Law Associates, P.C., as counsel of record for Plaintiff.

       2.     On July 28, 2023, Alan Frank, Esq. requested Defendant withdraw the instant motion, but did not provide his October 5, 2022 (or any other date), email exchange with Plaintiff. A copy of Mr. Frank's July 28, 2023, email correspondence is attached as Exhibit A.

       3.     Therefore, Defendant again prays the Court to use its discretion to preserve the integrity of this action and grant Defendant's motion to disqualify the Frank Firm.

       4.     Defendant thanks the Court for its consideration in this matter.

Dated: August 7, 2023

                                                              /s/ Michael H. Masri
                                                              Michael H. Masri