# EXHIBIT A

| | |
|---|---|
| **From:** | Alan Frank |
| **To:** | Michael Masri |
| **Cc:** | Evan Frank; Steven Frankel; Christopher J. Clarke |
| **Subject:** | Johnson/Esports |
| **Date:** | Friday, July 28, 2023 12:14:30 PM |

Mike,

Please withdraw the Motion to Disqualify.

Thank you.

Alan L. Frank, Esquire

Alan L. Frank Law Associates, P. C.

135 Old York Road

Jenkintown, PA 19046

215.287.7601 – Mobile

215.935.1000 – Office

215.935.1110 – Fax

afrank@alflaw.net

Come visit us at Alflaw.net

--

ATTENTION:

This e-mail contains PRIVILEGED AND CONFIDENTIAL INFORMATION intended only for the use of the Individual(s) named above. If you are not the intended recipient of this e-mail, or the employee or agent responsible for delivering this to the intended recipient, you are hereby notified that any dissemination or copying of this e-mail is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone at (215)935-1000 or notify us by e-mail at dmcguckin@alflaw.net.