UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
GRANT JOHNSON,

                     Plaintiff,                   Case No: 1:22-cv-10861 (PGG)(KHP)

   -against-

                                                       **NOTICE OF APPEARANCE**

ESPORTS ENTERTAINMENT GROUP, INC.,

                     Defendant.
-------------------------------------------------------------- X

       **PLEASE TAKE NOTICE** that Kimberly A. Oringer, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Defendant Esports Entertainment Group, Inc. in the above referenced action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: August 14, 2023
        Mineola, New York

                                              **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
                                              *Attorneys for Defendant*
                                              *Esports Entertainment Group, Inc.*

                             By:     ***/s/ Kimberly A. Oringer***
                                              Kimberly A. Oringer, Esq.
                                              190 Willis Avenue
                                              Mineola, New York 11501
                                              (516) 747-0300
                                              KOringer@meltzerlippe.com

TO:    All Counsel of Record via ECF

4873-7827-0539 v.1