# EXHIBIT A

| | |
|---|---|
| **Message** | |
| **From:** | Jennifer Johnson [jennifer@esportsentertainmentgroup.com] |
| on behalf of | Jennifer Johnson <jennifer@esportsentertainmentgroup.com> [jennifer@esportsentertainmentgroup.com] |
| **Sent:** | 10/21/2022 12:20:10 PM |
| **To:** | Michael Villani [michael@esportsentertainmentgroup.com] |
| **Subject:** | Re: question |

I just thought as the accountant you could find it quicker but I will look up the filings.

On Fri, Oct 21, 2022 at 12:16 PM Michael Villani <michael@esportsentertainmentgroup.com> wrote:
> Thx Jen. Let me know if you find / thoughts.
>
> On Fri, Oct 21, 2022 at 12:11 PM Jennifer Johnson <jennifer@esportsentertainmentgroup.com> wrote:
>> I will look it up myself.
>>
>> On Fri, Oct 21, 2022 at 12:03 PM Michael Villani <michael@esportsentertainmentgroup.com> wrote:
>>> Hi Jen,
>>>
>>> Copying in Lydia and Damian as well. We discussed this with Dan and were not aware of any Targets set. I don't believe a Target is referenced in the Board minutes or compensation committee minutes. I remember asking Dan to reach out to Lucosky to understand Grant's contract in more detail (if this is why you need the details below) but we never received any reply. As no Target analysis was ever completed or approved that I am aware of, we had nothing on the books accrued going back to 2020.
>>>
>>> Thank you,
>>> Mike
>>>
>>>
>>> On Fri, Oct 21, 2022 at 11:28 AM Jennifer Johnson <jennifer@esportsentertainmentgroup.com> wrote:
>>>> Hi Michael, can you give me the following:
>>>>
>>>> Company Target for 2020, 2021, 2022 and the Actual achieved. IF it is easier, just give me the % of the target achieved each year. Thanks
>>>>
>>>> --



Jennifer Johnson

Skype: jen_john
Phone: 289 834 1646

Esports Entertainment Group | Nasdaq: GMBL

--



--

