# EXHIBIT B



CONFIDENTIAL

EEG00741



2

CONFIDENTIAL

EEG00742



3

CONFIDENTIAL

EEG00743



On Sun, 6 Feb 2022 at 06:39, Grant Johnson <grant@esportsentertainmentgroup.com> wrote:



That said I will put my bonus against this that if we are not at $10 as a min for at least two weeks over the 6 month period of their engagement I will waive my bonus.

4

CONFIDENTIAL

EEG00744



5

CONFIDENTIAL

EEG00745



6

CONFIDENTIAL

EEG00746



EEG00747

CONFIDENTIAL