# EXHIBIT F

DocuSign Envelope ID: 3E97E836-3B59-47F8-A27B-F71BABC384F6

Esports Entertainment Group, Inc. (the "**Company**")

DRAFT Minutes of the Special Meeting of the Board of Directors August 23, 2022, 3:00 pm EST (Remote) to discuss the financial status of the Company

Day 3 of Special Meeting re Financing Structure

**In attendance**

Grant Johnson
Damian Mathews
Jan Jones Blackhurst
Alan Alden
Alex Lim

**Absent**

Kaitesi Munroe

**Corporate Secretary**

Lydia Roy

*Grant Johnson-* ███████████████████████████

███████████████████████████

Board discussed again Waqas' original – Letter – ███████████

*Damian Mathews* – Confirmed NH reaffirming what's in the letter, NH will not negotiate wants ███ for Grant to step down.

Meeting adjourned and will resume August 29, 2022.

DocuSigned by:
*Lydia Roy*
Lydia Roy
Corporate Secretary