# Exhibit D

Filed under seal at ECF 57 as ordered at ECF 70