# Exhibit E

# Filed under seal at ECF 57 as ordered at ECF 70