UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

GRANT JOHNSON,

                Plaintiff,

    - against -

ESPORTS ENTERTAINMENT GROUP, INC.,

               Defendant.

**ORDER**

22 Civ. 10861 (PGG) (KHP)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for August 17, 2023, is adjourned sine die, given that this case has been referred to Judge Parker for general pretrial supervision.

Dated: New York, New York
       August 16, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge