UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------- X
GRANT JOHNSON,

                        Plaintiff,                  Case No: 1:22-cv-10861 (PGG)(KHP)

    -against-

                                         **NOTICE OF APPEARANCE**
ESPORTS ENTERTAINMENT GROUP, INC.,

                        Defendant.
--------------------------------------------------------------- X

      **PLEASE TAKE NOTICE** that Christopher J. Clarke, Esq. of Meltzer, Lippe, Goldstein & Breitstone, LLP hereby appears as counsel for Defendant Esports Entertainment Group, Inc. in the above referenced action and requests that a copy of all papers in this action be served upon the undersigned at the office and post office address stated below.

Dated: August 16, 2023
       Mineola, New York

                                      **MELTZER, LIPPE, GOLDSTEIN
                                      & BREITSTONE, LLP**
                                      *Attorneys for Defendant
                                      Esports Entertainment Group, Inc.*

                           By:    *__/s/ Christopher J. Clarke__*
                                      Christopher J. Clarke, Esq.
                                      190 Willis Avenue
                                      Mineola, New York 11501
                                      (516) 747-0300
                                      CClarke@meltzerlippe.com

TO:    All Counsel of Record via ECF

4859-9347-7751 v.1