

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Writers Direct Dial (516) 470-0108*
*eFax: (516) 407-5060*
*Email:* mmasri@meltzerlippe.com

August 17, 2023

**VIA ECF**
Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   ***Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)**
        **MLGB File No. 17818-00040**

Your Honor:

This office represents Defendant Esports Entertainment Group, Inc.

We write with the consent of Plaintiff's counsel to inform the Court that the parties agree to the public filing of those portions of the transcript of Grant Johnson's July 26, 2023, deposition annexed to Defendant's pre-motion opposition/response letter (ECF-67) as Exhibit C. A copy of Exhibit C is annexed hereto to make it publicly available on the Court's docket.

Respectfully submitted,

/s/ *Michael H. Masri*
Michael H. Masri

cc:   All counsel of record (*via ECF*)
        Client (*via email*)

---

**Long Island   |   New York City   |   Boca Raton   |   Miami**

4881-5116-6584, v. 1