# EXHIBIT C

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
GRANT JOHNSON,

        Plaintiff,

                        Case No.:
                        1:22-cv-10861
                        (PGG)
    -against-

ESPORTS ENTERTAINMENT GROUP,

        Defendant.
--------------------------------------X

            DATE: July 26th, 2023

            TIME: 10:00 a.m.

    DEPOSITION of GRANT JOHNSON, the Plaintiff herein, taken by the Defendant, pursuant to Federal Rules of Civil Procedure, and Court Order, held at the Offices of Meltzer, Lippe, Goldstein & Breitstone, LLP, 70 East 55th Street, 19th Floor, New York, New York 10022, at the above-mentioned date and time, before MARINA DUBSON, a Notary Public of the State of New York.

106

1         G. Johnson
2     Q.    Not 3.527?
3     A.    I'm sorry.  I'm going on total.
4     Q.    So how many -- so the vote in
5  favor was 1.4, right?
6     A.    Total, yes.
7     Q.    Okay.  And the votes against
8  total is how many?
9     A.    Looks like 6.1.
10    Q.    And the trust held 3.3, right?
11    A.    Approximately, yes.
12    Q.    So isn't it correct to say that
13 the trust would have been the swing vote?
14          MR. FRANK:  Objection to form.
15          You can answer.
16    A.    Based on these numbers, it
17 would appear that the trust -- well, it
18 looked like the trust voted against.
19    Q.    It looked like the trust voted
20 against?
21    A.    It looks like, yes.
22    Q.    What's the basis for your
23 belief that the trust voted against
24 Proposal Number 5?
25    A.    This was definitely not in the

```
                                                    107
 1                    G. Johnson
 2   best interests --
 3        Q.    Not their motivations.  Why do
 4   you believe -- withdrawn.
 5                Why do you believe -- what is
 6   the basis for your opinion that as opposed
 7   to voting in favor, the trust must have
 8   voted against?
 9                MR. FRANK:  Objection to form.
10                You can answer.
11                MR. MASRI:  Withdrawn.
12        Q.    How do you determine if the
13   trust voted in favor of the proposal or
14   against the proposal?
15        A.    Sorry.  Can you ask that
16   question again?
17        Q.    Sure.  If the trust voted in
18   favor of the proposal, would the proposal
19   have carried, yes or no?
20                MR. FRANK:  Objection to form.
21                You can answer.
22        A.    It looks like it.
23        Q.    When you say "it looks like
24   it," what do you mean?
25        A.    In terms of the -- if you
```