UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

Grant Johnson,

                Plaintiff,

      -against-

Esports Entertainment Group, Inc.,

                Defendant.
-----------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/24/2023

**ORDER**

22-CV-10861 (PGG) (KHP)

**KATHARINE H. PARKER, United States Magistrate Judge**.

As discussed in the August 23, 2023 conference, the fact discovery deadline is extended to **September 26, 2023**.

The motion to disqualify at ECF No. 46 is denied as moot for the reasons discussed on the record.

The Court notes that Plaintiff agreed to withdraw his letter motion for a pre-motion conference concerning a motion to dismiss the counterclaims at ECF No. 35 and incorporate these arguments in a motion for summary judgment. Therefore, the motion at ECF No. 35 is terminated. Plaintiff shall file a letter with Judge Gardephe regarding the proposed expanded motion for summary judgment.

Insofar as Plaintiff will not be moving at this time to dismiss the counterclaims, Plaintiff shall Answer the counterclaims by **September 1, 2023**.

Plaintiff and Defendant shall meet and confer regarding Plaintiff's letter motion requesting leave to find a second amended complaint at ECF No. 76. Defendant shall respond to that letter motion by **September 28, 2023**.

A telephonic case management conference is scheduled on **September 26, 2023 at 3:00 p.m**.  The parties are directed to call Judge Parker's Chambers court conference line at the scheduled time.  **Please dial (866) 434-5269, Access code: 4858267**.

**The issues in the letter motions at ECF Nos. 35 and 46 having been resolved, the Clerk of the Court is respectfully requested to close the letter motions at ECF Nos. 35 and 46.**

SO ORDERED.

Dated:   August 24, 2023
         New York, New York

*Katharine H. Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge