**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Phone: (516) 747-0300*
*E-mail: mmasri@meltzerlippe.com*

September 6, 2023

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)(KHP)
       MLGB File No. 17818-00040

Your Honor:

We represent Defendant Esports Entertainment Group, Inc. ("Defendant") and respectfully request the Court order redaction of certain confidential portions of the transcript of the Court's Status Conference Hearing on August 23, 2023 ("Conference").

During the Conference, the Court addressed with the parties the issue of a potential settlement conference, during which confidential information was discussed. Accordingly, Defendant respectfully requests the Court order the Court Reporter to redact the following pages and lines for any copy of the transcript of the Conference made available to the public and permit such redaction for any copies of such transcript that may be filed by the parties: Conference Tr. 21:18-24:11.

Please advise if the Court requires a copy of the unredacted Conference Transcript and if so, how Defendant should provide such copy to Chambers.

Defendant sent a draft of this letter to counsel for Plaintiff Grant Johnson ("Plaintiff") who consented to redacting the portions set forth above.

Defendant thanks the Court for its consideration in this matter.

Respectfully submitted,

Michael H. Masri

cc:   *All Counsel of Record via ECF*

4874-8758-4894, v. 1