**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/8/2023
```

------------------------------------------------------------X   :

Grant Johnson,                                              :

                Plaintiff,                               :

                        :                              **ORDER**

        -against-                                    :                  22-CV-10861 (PGG) (KHP)

                        :

Esports Entertainment Group, Inc.,                         :

              Defendant.                                :

------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge**.

       The Court has reviewed the parties' letter requesting to seal the transcript for the

August 23, 2023 conference.  (ECF No. 87.)

       After review, there is nothing in the transcript that warrants redaction under the

presumption of openness that attaches to judicial documents under *Lugosch*.  *See Pullman v.*

*Alpha Media Pub., Inc.*, 2014 WL 5044224, at *2 (S.D.N.Y. Sept. 23, 2014).  The Court simply

asked the parties about scheduling a settlement conference, and counsel stated their reasons

for not wanting to schedule a conference at that time. Counsel explicitly states prior to stating

their reasons that this discussion was on the record and expressed caution about the

information they wanted to express on the record.  Neither party stated any position on

settlement demands but rather engaged in a general discussion with the Court regarding

whether scheduling a settlement conference at that time would be productive, and the parties

were aware that the discussion was on the record.  This is unlike a case where a settlement

amount is disclosed in a hearing transcript.  *See, e.g.*, *Gambale v. Deutsche Bank AG*, 377 F.3d

133, 144 (2d Cir. 2004).  Therefore, Defendant has not demonstrated any reasons that

outweigh the public presumption of access, and the requested redaction is denied.

**The issues in the letter motion at ECF No. 87 having been resolved, the Clerk of the**

**Court is respectfully requested to close the letter motion at ECF No. 87.**

**SO ORDERED.**

Dated:   September 8, 2023
            New York, New York

_____
                KATHARINE H. PARKER
                United States Magistrate Judge