

CONFIDENTIAL                                                                                          EEG00712

**From:** Alan Alden <alan@kyte.global>
**Sent:** Thursday, 30 December 2021 15:55
**To:** Alex Lim <alex@esportsentertainmentgroup.com>; Warwick Barlett <warwick@esportsentertainmentgroup.com>
**Subject:** Fwd: contract

Hi Alex and Warwick,

I have been approached by Grant re benefits related to revenues that are due to him. I am forwarding the conversation for your comments.

In the meantime i want to take the opportunity to wish you and your loved ones a safe end to 2021 and a prosperous and safe 2022.

Best regards,

Alan

Get Outlook for Android

---

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** Thursday, 30 December 2021, 15:15
**To:** Alan Alden
**Cc:** Joseph Lucosky
**Subject:** RE: contract

Hi Alan

2

CONFIDENTIAL                                                                                         EEG00713

I believe that the only area requiring clarification was re the 100k issuances for the $10M increase in revenues. I recall it was Dan who interpreted it that the shares would be issued upon that figure being contributed to the company revs VS having the shares issued at the time of purchasing a company that had traditionally generated $10m in revs.

I had agreed to live with Dans interpretation which is fine. The calculation re the cash bonus is pretty straight forward though however now that you bring it up as I am taking restricted stock in place of cash there should be some sort of a discount attached to the share price.

I will leave that to you and the comp committee to determine what that discount should be. We should do this prior to the Q ending so we can avoid carrying this open item into the next Q.

Cheers



**Grant Johnson**
CEO

Skype: grant.r.johnson60
Phone: +1 905.580.2978

Esports Entertainment Group | Nasdaq: GMBL

**From:** Alan Alden <alan@kyte.global>
**Sent:** December 30, 2021 3:11 AM
**To:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Cc:** Joseph Lucosky <jlucosky@lucbro.com>
**Subject:** RE: contract

Hi Grant,

CONFIDENTIAL                                                                                                                        EEG00714

Will have a look at it too, not that my maths is great 😊

I really would like to clear up any parts in the contract that are open to interpretation. If you recall we had discussed this a few months back with Joseph and we as the comp committee had asked if the contract could be clarified with an addenda or redone and resigned. I don't want to have people come and question the interpretation of it later on.

Best wishes,

Alan

**Alan Alden**
Director

---

170, Pater House, Psaila Street, Birkirkara, BKR 9077, Malta
t: +356 2759 5000
m: +356 9943 6006

s: alankyte

**kyteglobal.com**



The information contained in this message and in any attachment is confidential and may be legally privileged. It is intended for the recipient or recipients to whom it is addressed and any attachment and all copies of it and of any such attachment from your system immediately. If you have erroneously printed any paper copies you are to destroy these. If any part of this message or attachment/s, whether directly or indirectly. This message has been scanned for malicious code, however we do not accept any liability whatsoever in

CONFIDENTIAL                                                                                                    EEG00715

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** Wednesday, 29 December 2021 19:45
**To:** Alan Alden <alan@kyte.global>; Alan Alden <alan@kyte.global>
**Subject:** FW: contract

**From:** Grant Johnson <grant@esportsentertainmentgroup.com>
**Sent:** December 29, 2021 1:44 PM
**To:** 'alan@esportsentertainmentgroup.com' <alan@esportsentertainmentgroup.com>
**Cc:** 'Joseph Lucosky' <jlucosky@lucbro.com>
**Subject:** FW: contract

Hi Alan I would like to clear up part of the outstanding balance on my contract and since clearly cash will continue to be an issue for a few more months I would be willing to take stock in place of the cash bonus. In fiscal end 2020 we forecasted 12M in revs for 2021 actual numbers in fiscal year end 2021 we achieved $16.78M so 140% above target 140% X 300 = $420k bonus. I would suggest we use the closing share price on the last trading day of the calendar year and I will convert the $420k into stock so we can clean that up. Hopefully that also sends a strong message to the market regarding my confidence in the company.

Just need approval from you as the compensation committee chairman. Re the 100k shares bonus for acquisitions I can wait on that as discussed earlier the preference of the comp committee was these would be awarded when the acquisitions contributed 10M to the revs of the company which will most certainly happen for LD, BH and GG by end of this fiscal and we can address these issuances at that time. I have included Joseph just to double check my math as the company SEC attorney I just wanted to be prudent that this was acceptable as per SEC regs.

Please confirm.

Thank you



Grant Johnson
CEO
Skype: grant.r.johnson60
Phone: +1 905.580.2978

Esports Entertainment Group | Nasdaq: GMBL

CONFIDENTIAL                                                                                                          EEG00716



6

CONFIDENTIAL

EEG00717