ALAN L. FRANK ●*+▫
KYLE M. KULZER*+
SAMANTHA A. MILLROOD*+
EVAN L. FRANK *+♪△
JORDAN E. FRANK *+▫
JACLYN H. FRANK *+♪
PATRICK W. BROWN *■+▫
SERGIY MELNYK*

  PARALEGALS
DEBRA E. MCGUCKIN
DEE A. WILK
DAWN M. WELSH

● Certified by the NJ Supreme Court
   as a Civil Trial Attorney
* MEMBER PA BAR
+ MEMBER NJ BAR
▫ MEMBER NY BAR
♪ MEMBER FL BAR
■ MEMBER DC BAR
△ REGISTERED PATENT ATTORNEY

# ALAN L. FRANK
# LAW ASSOCIATES, P.C.
Attorneys at Law

**135 OLD YORK ROAD**
**JENKINTOWN, PA 19046**
**(215) 935-1000**
**FAX NO. (215) 935-1110**

NEW JERSEY OFFICE

1103 LAUREL OAK ROAD
SUITE 140
VOORHEES, NJ 08043

E-MAIL ADDRESS:
afrank@alflaw.net

September 25, 2023

**Via ECF**
Honorable Katharine H. Parker
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.,
New York, NY 10007

      Re:    **Johnson v. Esports Entertainment Group – 1:22-cv-10861**
             **Order at ECF 89 on proposed amended pleading.**

Dear Judge Parker:

      At ECF 76, Plaintiff filed a letter requesting leave to amend his complaint. At ECF 81, Defendant filed a letter opposing the proposed amendment. At ECF 89, the Court formally closed the letter-request and directed the parties to submit briefs if Plaintiff still sought to amend his complaint. I am writing to inform the Court that Plaintiff chooses not to further amend his complaint in this litigation. Accordingly, no formal motion will be filed. Without the motion to amend, the only substantive issues before the Court are pre-motion letters concerning Plaintiff's summary judgment motion and Defendant's cross-motion. The various pre-motion letters and response letters are as follows:

      ECF 61 – Plaintiff's pre-motion letter for a summary judgment motion, 8-9-23.

      ECF 63 (under seal) – Unredacted version of ECF 61.

      ECF 64 – Defendant's letter opposing Plaintiff's proposed motion, 8-9-23.

      ECF 67 – Defendant's letter proposing a cross-motion for summary judgment, 8-14-23.

      ECF 74 – Plaintiff's letter opposing the cross-motion, 8-17-23.

Honorable Katharine H. Parker
September 25, 2023
Page Two
_____

      ECF 83 – Plaintiff's letter consolidating a motion to dismiss counterclaims (ECF 35) with the summary judgment motion (ECF 61), 8-29-23.

      ECF 86 – Defendant's letter responding to the consolidation letter, 9-1-23.

      ECF 92 – Copy of ECF 61, but refiled with an exhibit unsealed.

      ECF 35 – Plaintiff's letter originally proposing a 12(b) motion to dismiss counterclaims, 6-13-23.

      ECF 37 – Defendant's letter opposing the motion to dismiss counterclaims, 6-16-23.

      Respectfully submitted,

      /s/ Alan L. Frank
      Alan L. Frank, Esq.