

**MELTZER LIPPE GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Steven E. Frankel, Esq.*
*Phone: (516) 747-0300*
*E-mail: sfrankel@meltzerlippe.com*

September 26, 2023

**VIA ECF**
Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)(KHP)
      MLGB File No. 17818-00040

Your Honor:

    We represent Defendant Esports Entertainment Group, Inc. ("Defendant") and write to respectfully request, on an emergency basis, that the Court adjourn the telephonic case management conference scheduled for 3:00 p.m. today before Your Honor.

    The reason for the request is because Michael H. Masri, lead counsel for Defendant, has a family medical emergency concerning his mother, who he just learned passed out this morning. Counsel for Plaintiff has consented to this adjournment request.

    Defendant thanks the Court for its courtesies and consideration in this matter.

Respectfully submitted,

Steven E. Frankel

cc:   *All Counsel of Record via ECF*