

**MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP**
190 Willis Avenue, Mineola, NY 11501 • T. 516.747.0300
www.meltzerlippe.com

*Michael H. Masri, Esq.*
*Phone: (516) 747-0300*
*E-mail: mmasri@meltzerlippe.com*

October 26, 2023

**VIA ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*, 1:22-cv-10861 (PGG)(KHP)
       MLGB File No. 17818-00040

Your Honor:

    We write on behalf of Defendant Esports Entertainment Group, Inc. ("Defendant") to advise the Court that Defendant is withdrawing its Notice of Intent to Request Redaction filed on October 17, 2023 at ECF No. 100.

    Defendant thanks the Court for its courtesies and consideration in this matter.

Respectfully submitted,

Michael H. Masri

cc:   *All Counsel of Record via ECF*

4877-5355-7642 v.1