```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GRANT JOHNSON,

                        Plaintiff,

    -against-

ESPORTS ENTERTAINMENT GROUP, INC.,

                        Defendant.
-----------------------------------------------------------------X
```

**ORDER SCHEDULING SETTLEMENT STATUS CONFERENCE**

**22-CV-10861 (PGG) (KHP)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

A settlement status telephone conference in this matter is hereby scheduled for **Monday, November 6, 2023, at 2:00 p.m.** At the scheduled time, counsel for the parties shall dial the Court's conference line at **866-434-5269, Access Code 4858267**.

**SO ORDERED.**

Dated: October 30, 2023
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge