UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
GRANT JOHNSON,

                                       Plaintiff,

            -against-

ESPORTS ENTERTAINMENT GROUP, INC.,

                                     Defendant.
-------------------------------------------------------------------x

Case No. 1:22-cv-10861
(PGG)(KHP)

**STIPULATION OF VOLUNTARY DISCONTINUANCE**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned counsel of record for the parties in the above-referenced action that this action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and without costs to any party against the other.

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be signed in counterparts by PDF, facsimile or electronic signature, each of which counterparts shall be deemed to be originals and all of which counterparts shall be deemed to be one and the same instrument, and may be filed with the Court without further notice.

**IT IS FURTHER STIPULATED AND AGREED** that the Court retains jurisdiction over this matter solely to enforce the terms of the parties' settlement agreement.

Dated: 11/6/23

| | |
|---|---|
| **ALAN L. FRANK LAW ASSOCIATES, P.C.** | **MELTZER, LIPPE, GOLDSTEIN & BREITSTONE, LLP** |
| By: _____ <br> Alan L. Frank, Esq. <br> *Attorneys for Plaintiff* <br> *Grant Johnson* <br> 45 Broadway, Suite 720 <br> New York, New York 10006 <br> (215) 935-1000 <br> afrank@alflaw.net | By: _____ <br> Michael H. Masri, Esq. <br> *Attorney for Defendant* <br> *Esports Entertainment Group, Inc.* <br> 190 Willis Avenue <br> Mineola, New York 11501 <br> (516) 747-0300 <br> mmasri@meltzerlippe.com |