```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X    :
Grant Johnson,                                                    :
                                                                  :
                    Plaintiff,                                    :
                                                                  :                    ORDER
            -against-                                             :            22-CV-10861 (PGG) (KHP)
                                                                  :
Esports Entertainment Group, Inc.,                                :
                                                                  :
                    Defendant.                                    :
-------------------------------------------------------------X
```

**KATHARINE H. PARKER, United States Magistrate Judge**.

     As discussed at the August 22, 2024 conference, Plaintiff shall serve a copy of its motion to enforce the settlement agreement and a copy of this order in a form consistent with Federal Rule of Civil Procedure 5.  Plaintiff shall file proof of service by August 29, 2024.  Defendant must respond to the motion by **Thursday, September 12, 2024**.  Previous counsel for the Defendant has represented that they no longer represent Esports Entertainment Group, Inc..  Defendant is advised that a corporate entity may not proceed *pro se*.  See *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993).  Failure to oppose the motion through counsel may result in entry of a default judgment against the Defendant.  *Grace v. Bank Leumi Tr. Co. of NY*, 443 F.3d 180, 192 (2d Cir. 2006).

     SO ORDERED.

Dated:  August 22, 2024
           New York, New York

*Katharine H. Parker*

                    KATHARINE H. PARKER
                    United States Magistrate Judge