# BLANKROME

1271 Avenue of the Americas | New York, NY 10020
blankrome.com

Phone:   (212) 885-5357
Fax:     (917) 332-3016
Email:   rachel.cohn@blankrome.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/12/2024
```

September 11, 2024

**Via ECF**

Honorable Katharine H. Parker
United States District Court
Southern District of New York
500 Pearl Street, Courtroom 17D
New York, NY 10007

**APPLICATION GRANTED**

*Katharine H. Parker* (signature)
Hon. Katharine H. Parker, U.S.M.J.   9/12/2024

Re:   *Grant Johnson v. Esports Entertainment Group, Inc.*,
      Case No. 22-CV-10861(PGG)(KHP)

Dear Judge Parker:

We represent Defendant Esports Entertainment Group, Inc. ("EEG" or "Defendant") in the above-referenced action. We write pursuant to Section I(c) of the Court's Individual Practices in Civil Cases to respectfully request an adjournment of the September 12, 2024, deadline for EEG to respond to Plaintiff Grant Johnson's motion to, *inter alia*, enforce a settlement agreement between the parties (the "Motion").

We understand Defendant's prior counsel recently informed the Court that they are no longer representing EEG in this matter. Our firm has just been retained today as new counsel for EEG.

The Court's August 22, 2024 Order (ECF No. 113) set a deadline of September 12, 2024 for EEG to respond to the Motion through counsel. However, in light our recent retention by Defendant, we respectfully request a 20-day adjournment of the current deadline to oppose the Motion, from September 12 to October 2, 2024. This extension will allow us sufficient time to effectuate the formal substitution of counsel, investigate the case history and facts alleged in the Motion, including EEG's financial circumstances, and will allow EEG to prepare an appropriate response to the Motion, if any.

We are not aware of any prior request for an adjournment or extension of time in connection with the Motion, and there are no other upcoming deadlines in this case that will be impacted by this

Hon. Katharine H. Parker
September 11, 2024
Page 2

requested adjournment. Plaintiff's counsel consents to this requested adjournment through October 2, 2024 of EEG's deadline to respond to the Motion.

Thank you in advance for your consideration.

                                                  Respectfully submitted,

                                                  */s/ Rachel L. Cohn*

                                                  Rachel L. Cohn

cc:      All Counsel of Record (via ECF)